

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

ALEXANDRIA DIVISION

| | |
|---|---|
| CYD A. BRUCE,<br>    Petitioner | CIVIL ACTION<br>1:11-CV-00286 |
| VERSUS | JAMES T. TRIMBLE, JR. |
| MICHAEL J. ASTRUE, COMMISSIONER<br>OF SOCIAL SECURITY,<br>    Respondent | JUDGE ~~DEE D. DRELL~~<br>MAGISTRATE JUDGE JAMES D. KIRK |

## J U D G M E N T

For the reasons contained in the Report and Recommendation of the Magistrate Judge previously filed herein, noting the absence of objections thereto, and concurring with the Magistrate Judge's findings under the applicable law;

IT IS ORDERED that the final decision of the Commissioner is AFFIRMED and Bruce's appeal is DENIED AND DISMISSED WITH PREJUDICE.

THUS ORDERED AND SIGNED in Chambers at Alexandria, Louisiana, on this 6th day of December, 2011.

JAMES T. ~~DEE D. DRELL~~ TRIMBLE, JR.
UNITED STATES DISTRICT JUDGE